UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
:
PARAMOUNT APPAREL, LTD.,                : Index No.: 07 CV 8642 (WHP)
                                        : ECF CASE
                  Plaintiff,       :
                                        :
              - against -            : **RULE 7.1 STATEMENT**
                                        :
THE CHILDREN'S PLACE RETAIL STORES, INC., :
                                        :
                  Defendant.       :
------------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Paramount Apparel, Ltd., a Delaware corporation (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated: New York, New York
       October 5, 2007

                                      TANNENBAUM HELPERN
                                      SYRACUSE & HIRSCHTRITT, LLP

                                      By: _____
                                         L. Donald Prutzman (LP 1327)
                                      900 Third Avenue
                                      New York, New York 10022
                                      (212) 508-6700
                                        Attorneys for Plaintiff