UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
PARAMOUNT APPAREL, LTD.,            JUDGE PAULEY
       Plaintiff(s),                            Index No. 07 CIV. 8642

    -against-                                    AFFIDAVIT OF SERVICE
THE CHILDREN'S PLACE RETAIL STORES,
INC.,
       Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK )
                        S.S.:
COUNTY OF NEW YORK)

         TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

         That on the 8th day of October 2007, at approximately 2:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE WILLIAM H. PAULEY, III, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDELINES FOR ELECTRONIC CASE FILING** upon The Children's Place Retail Stores, Inc. at 915 Secaucus Road, Secaucus, NJ 07094, by personally delivering and leaving the same with Jamie Drew, Attorney, who informed deponent that she is an agent authorized by appointment to receive service at that address.

         Jamie Drew is a black female, approximately 37 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 125 pounds with shoulder length brown hair and dark eyes.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
10th day of October, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08