UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                          :

PARAMOUNT APPAREL, LTD.,                        :    Index No.: 07 CV 8642 (WHP)
                                                                          :    ECF CASE
                            Plaintiff,                          :
                                                                          :              **AMENDED**
                          - against -                      :    **RULE 7.1 STATEMENT**
                                                                          :

THE CHILDREN'S PLACE RETAIL STORES, INC.,   :
                                                                          :
                                              Defendant.                   :
------------------------------------------------------------------- x

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Paramount Apparel, Ltd., a New York corporation (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated: New York, New York
          October 15, 2007

                                       TANNENBAUM HELPERN
                                         SYRACUSE & HIRSCHTRITT, LLP

                                       By: _____
                                             L. Donald Prutzman (LP 1327)
                                       900 Third Avenue
                                       New York, New York 10022
                                       (212) 508-6700
                                           Attorneys for Plaintiff