NOV 01 2007
CHAMBERS OF
WILLIAM ~~PAULEY~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PARAMOUNT APPAREL, LTD.,

           Plaintiff

   v.

THE CHILDREN'S PLACE RETAIL STORES, INC.,

           Defendant.
-------------------------------------------------------x

Case No. 07-CV-8642(WHP)

## STIPULATION EXTENDING TIME TO ANSWER

It is hereby stipulated by and between the undersigned attorneys for Plaintiff and Defendant that Defendant shall have an extension of its time to answer or otherwise respond or move with respect to Plaintiff's Complaint until November 19, 2007.

Dated: October 30, 2007

Tannenbaum Helpern Syracuse &
Hirschtritt LLP

By _____
Vincent J. Syracuse (VS-7678)
900 Third Avenue
New York, NY 10022
Telephone: (212) 508-6700
Facsimile: (212) 202-6491
Attorneys for Plaintiff

Fross Zelnick Lehrman & Zissu, P.C.

By _____
Mario Aieta (MA-2228)
866 United Nations Plaza
New York, New York 10017
Telephone: 212-813-5900
Facsimile: 212-813-5901
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.
William H. Pauley III
11/1/2007

{F0124014.1}