COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[Stamp: NOV 26 2007 CHAMBERS OF WILLIAM H. PAULEY]

-------------------------------------------------- X

PARAMOUNT APPAREL, LTD.,

           Plaintiff

v.

THE CHILDREN'S PLACE RETAIL STORES, INC.,

           Defendant.

-------------------------------------------------- X

Case No. 07-CV-8642(WHP)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/4/2007]

**STIPULATION EXTENDING TIME TO ANSWER**

    It is hereby stipulated by and between the undersigned attorneys for Plaintiff and Defendant that Defendant shall have an extension of its time to answer or otherwise respond or move with respect to Plaintiff's Complaint until December 10, 2007.

Dated: November 16, 2007

| | |
|---|---|
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Fross Zelnick Lehrman & Zissu, P.C. |
| By [signature] | By [signature] |
| L. Donald Prutzman (LP-1327) | Mario Aieta (MA-2228) |
| 900 Third Avenue | 866 United Nations Plaza |
| New York, NY 10022 | New York, New York 10017 |
| Telephone: (212) 508-6700 | Telephone: 212-813-5900 |
| Facsimile: (212) 202-6491 | Facsimile: 212-813-5901 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED:

[signature]
U.S.D.J.
William H. Pauley III
11/30/2007

{F0124014.1}