IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
PARAMOUNT APPAREL, LTD., :
: Case No. 07-CV-8642(WHP)
       Plaintiff :
       v. : **RULE 7.1 STATEMENT**
:
THE CHILDREN'S PLACE RETAIL STORES, :
INC., :
:
       Defendant.
------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendants The Children's Place Retail Stores, Inc. certifies that The Children's Place Retail Stores, Inc. is a publicly traded company.

Dated: December 21, 2007
New York, New York

                Respectfully submitted,
                FROSS ZELNICK LEHRMAN & ZISSU, P.C.

                By: _____
                    Mario Aieta (MA 2228)
                *Attorneys for Defendant*

                866 U.N. Plaza
                New York, NY 10017
                Tel:   (212) 813-5900
                Fax:  (212) 813-5901