UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
PARAMOUNT APPAREL, LTD.,                                               :
                                                                       :   Case No. 07-CV-8642(WHP)
              Plaintiff                                                :
        v.                                                             :
                                                                       :
THE CHILDREN'S PLACE RETAIL STORES, INC.,                              :
                                                                       :
              Defendant.                                               :
-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE OF DAVID DONAHUE

PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-captioned action as attorney for Defendant The Children's Place Retail Stores, Inc., and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

DATED:  New York, New York         FROSS ZELNICK LEHRMAN & ZISSU, P.C.
        December 28, 2007

                                   _____
                                   David Donahue (DD 5808)

                                   866 United Nations Plaza
                                   New York, New York 10017
                                   Telephone: (212) 813-5900
                                   Fax:(212) 813-5901
                                   Email:  ddonahue@frosszelnick.com

                                   *Attorneys for Defendant*

{F0186451.1 }