UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| PARAMOUNT APPAREL, LTD., | 07 Civ 8642 (WHP) |
| Plaintiff, | |
| - against - | **JOINT DISCOVERY PLAN REPORT** |
| THE CHILDREN'S PLACE RETAIL STORES, INC., | |
| Defendant. | |

------------------------------------------------------------------- x

Pursuant to the Court's Order for Initial Pretrial Conference, dated October 31, 2007, the parties, by their undersigned counsel, submit the following report outlining their discovery plan pursuant to Fed. R. Civ. P. 26(f):

A.   The parties shall serve initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before January 31, 2008.  The parties do not request changes in the timing, form or requirements of said disclosures.

B.   The last date to join additional parties shall be April 18, 2008.

C.   The last date to serve amended pleadings shall be May 16, 2008.

D.   The last date to complete fact discovery shall be October 31, 2008.  The parties do not currently see a need to have discovery conducted in phases or limited to or focused upon particular issues, except that the parties believe that expert discovery, if any, should follow fact discovery.  The parties do not currently see a need to make changes in the limitations on discovery imposed under the Fed. R. Civ. P. or the local rules of this Court.

E.   Expert reports, if any, on issues on which a party has the burden of proof shall be served on or before November 30, 2008.

{F0195438.2 }

    F.      Rebuttal expert reports, if any, shall be served on or before December 31, 2008.

    G.      Expert depositions, if any, shall be completed on or before January 31, 2009.

    H.      Dispositive motions shall be served on or before February 27, 2009.

    I.      The Joint Pre-Trial Order shall be submitted within thirty (30) days of the close of all discovery if no dispositive motions are filed, otherwise within thirty (30) days after all dispositive motions are decided.

    J.      The parties do not have any current views or proposals relating to disclosure or discovery of electronically stored information and are hopeful that they will be able to work out any issues relating to electronic discovery as and when they arise.

    K.      The parties anticipate that they will ask the Court to enter a Confidentiality Stipulation and Protective Order conforming to this Court's Individual Practices providing for protection of confidential and proprietary information produced in discovery, and providing generally that material produced in discovery in this action shall be used solely for the prosecution or defense of this action.

Dated: New York, New York  
       January 4, 2008

                                       TANNENBAUM HELPERN  
                                        SYRACUSE & HIRSCHTRITT, LLP

                                        By____/s/_____  
                                            L. Donald Prutzman (LP 1327)  
                                        900 Third Avenue  
                                        New York, New York 10022  
                                        (212) 508-6700  
                                          Attorneys for Plaintiff  
                                          Paramount Apparel Ltd.

FROSS ZELNICK LEHRMAN & ZIZZU, P.C.


By_____/s/_____
         David Donahue (DD 5808)
866 United Nations Plaza
New York, New York  10017
(212) 813-5900
   Attorneys for Defendant The Children's
   Place Retail Stores, Inc.