UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                :
PARAMOUNT APPAREL, INC.,
                :
          Plaintiff,
                :     07 Civ. 8642 (WHP)

    -against-          :     ORDER REFERRING CASE
                          TO MAGISTRATE JUDGE
THE CHILDREN'S PLACE RETAIL
STORES, INC.,
                :
          Defendant.
                :
------------------------------X

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* _____ _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| X | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | _____ All such motions: ____ |

============================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  January 14, 2008
            New York, New York

                                                UNITED STATES DISTRICT JUDGE
                                                WILLIAM H. PAULEY III

*Counsel of Record:*

Lewis Donald Prutzman, Jr., Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
*Counsel for Plaintiff*

David Donahue, Esq.
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10004
*Counsel for Defendant*

*Copy mailed to:*

Hon. Debra C. Freeman