UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                            :

PARAMOUNT APPAREL, INC.,
                                                            :

         Plaintiff,                               :        07 Civ. 8642 (WHP)

                                                            :

      -against-                                :        <u>SCHEDULING ORDER No. 1</u>

                                                            :

THE CHILDREN'S PLACE RETAIL
STORES, INC.,                                :

         Defendant.                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a January 11, 2008 conference, the following is established on consent:

        (1) Fact discovery shall be completed by June 30, 2008;

        (2) Expert discovery shall be completed by October 30, 2008;

        (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by October 31, 2008; and

        (4) This Court will hold a final pre-trial conference on November 7, 2008 at 10:00 a.m.

Dated: January 23, 2008
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                           U.S.D.J.

*Counsel of Record:*

Lewis Donald Prutzman, Jr., Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
*Counsel for Plaintiff*

David Donahue, Esq.
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10004
*Counsel for Defendant*