UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAMOUNT APPAREL, LTD., <br><br> Plaintiff, <br><br> - against - <br><br> THE CHILDREN'S PLACE RETAIL STORES, INC., <br><br> Defendant. | No. 07 Civ 8642 (WHP) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), it is HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned proceeding, through their undersigned counsel of record and subject to the Order of this Court, that all claims in the above-captioned matter shall be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees in connection with this action. This Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: New York, New York
       June 4, 2008

| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
|---|---|
| By _L. Donald Prutzman_ <br> L. Donald Prutzman, Esq. | By _David Donahue_ <br> David Donahue (DD 5808) |
| 900 Third Avenue <br> New York, New York 10022 <br> (212) 508-6700 | 866 United Nations Plaza <br> New York, New York 10017 <br> (212) 813-5900 |
| _Attorneys for Plaintiff_ | _Attorneys for Defendant_ |

SO ORDERED:

_William H. Pauley III_  6/19/2008
William H. Pauley III